### 3766.  GROOVER v. THE STATE.

RUSSELL, J.  The newly discovered testimony is such as would probably produce a different result on another investigation, and for this reason requires the grant of a new trial.

*Judgment reversed.  Pottle, J., not presiding.*
DECIDED JULY ·10, 1912.

Conviction of voluntary manslaughter; from Tattnall superior court—Judge Sheppard.  July 19, 1911.

*A. S. Way, W. T. Burkhalter, S. B. McCall,* for plaintiff in error.
*N. J. Norman, solicitor-general,* contra.